R. REX PARRIS LAW FIRM
R. REX PARRIS, SBN 096567
ALEXANDER R. WHEELER, SBN 239541
JASON P. FOWLER, SBN 239426
DOUGLAS HAN, SBN 232858
KITTY SZETO, SBN 258136
42220 10th Street West, Suite 109
Lancaster, CA  93534
Tel:  661.949.2595
Fax:  661.949.7524
dhan@rrexparris.com

Attorneys for Plaintiff
PATRICK WILSON

MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN, SBN 096129
ANN MARIE REDING, SBN 226864
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
reisen@morganlewis.com
areding@morganlewis.com

Attorneys for Defendant
BEST BUY CO., INC.

*Additional Counsel for Defendant Listed on Subsequent Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON, individually, and on behalf of members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA");<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY COMPANY, INC., a Minnesota company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:10−CV−03136−GEB−KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BEST BUY CO., INC. TO RESPOND TO PLAINTIFF'S COMPLAINT WHILE PLAINTIFF'S MOTION TO REMAND IS PENDING AND [PROPOSED] ORDER GRANTING EXTENSION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22120248.1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
Case No. 2:10−CV−03136−GEB−KJN

*Additional Counsel:*

MORGAN, LEWIS & BOCKIUS LLP
GEORGE A. STOHNER, SBN 214508
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
gstohner@morganlewis.com


MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, SBN 166504
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel:  949.399.7000
Fax:  949.399.7001
jwhite-sperling@morganlewis.com


Attorneys for Defendants
BEST BUY CO., INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22120248.1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
Case No. 2:10−CV−03136−GEB−KJN

## **STIPULATION**

Defendant Best Buy Co., Inc. ("Defendant" or "Best Buy") and Plaintiff Patrick Wilson ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for Best Buy to respond to Plaintiff's Complaint pursuant to Civil Local Rule 144(a) of the Eastern District of California, as follows:

WHEREAS, on or about October 13, 2010, Plaintiff filed his Complaint in the Superior Court of the State of California for the County of Sacramento, and was assigned State Court case number 34-2010-00089299;

WHEREAS, on November 19, 2010, Defendant filed a Notice of Removal pursuant to 28 U.S.C. Section 1332(d), 28 U.S.C. Section 1441, 28 U.S.C. Section 1446 and 28 U.S.C. Section 1453;

WHEREAS, pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, on November 24, 2010, the Parties agreed to extend the time to respond to Plaintiff's Complaint from November 26, 2010 to December 24, 2010 because the Parties were meeting and conferring regarding a possible amended Complaint or a possible motion to dismiss;

WHEREAS, on December 17, 2010, Plaintiff filed a Motion to Remand, which is currently set for hearing on February 7, 2011;

WHEREAS, the Parties have agreed Defendant may respond to the Complaint fourteen (14) days after the Court rules on Plaintiffs' Motion to Remand;

WHEREAS, the Parties have previously agreed to one twenty-eight (28) day extension of time for Defendant to respond to Plaintiff's Complaint, as mentioned above.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Best Buy will have an extension of time to respond to Plaintiff's Complaint until fourteen (14) days following the Court's Order on Plaintiff's Motion to Remand.

Dated: December 21, 2010                                R. REX PARRIS LAW FIRM

                                                        By __/s/ Douglas Han_____
                                                           Douglas Han
                                                           Attorneys for Plaintiff
                                                           PATRICK WILSON

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22120248.1

1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
Case No. 2:10−CV−03136−GEB−KJN

1 
2  Dated: December 21, 2010                    MORGAN, LEWIS & BOCKIUS LLP
3                                                              By   /s/ Ann Marie Reding
4                                                                   Ann Marie Reding
                                                                    Attorneys for Defendant
5                                                                   BEST BUY CO., INC.
6 
7  **IT IS SO ORDERED.**
8  **Date:  12/22/2010**
9 
10                                                              _____
                                                                GARLAND E. BURRELL, JR.
11                                                              United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22120248.1

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
Case No. 2:10−CV−03136−GEB−KJN