R. REX PARRIS LAW FIRM
R. REX PARRIS, SBN 096567
ALEXANDER R. WHEELER, SBN 239541
JASON P. FOWLER, SBN 239426
DOUGLAS HAN, SBN 232858
KITTY SZETO, SBN 258136
42220 10th Street West, Suite 109
Lancaster, CA  93534
Tel:  661.949.2595
Fax:  661.949.7524
dhan@rrexparris.com

Attorneys for Plaintiff
PATRICK WILSON

MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN, SBN 096129
STEPHEN L. TAEUSCH, SBN 247708
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
reisen@morganlewis.com
staeusch@morganlewis.com

Attorneys for Defendant
BEST BUY CO., INC.

*Additional Counsel for Defendant Listed on Subsequent Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON, individually, and on behalf of members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"); <br><br> Plaintiff, <br><br> vs. <br><br> BEST BUY COMPANY, INC., a Minnesota company, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 2:10−CV−03136−GEB−KJN <br><br> **STIPULATION RE FILING OF AMENDED COMPLAINT AND DEFENDANT BEST BUY CO., INC.'S DEADLINE TO RESPOND; [PROPOSED] ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22223591.1

STIPULATION RE FILING OF AMENDED
COMPLAINT AND RESPONSE DEADLINE
Case No. 2:10−CV−03136−GEB−KJN

1  *Additional Counsel:*

2  MORGAN, LEWIS & BOCKIUS LLP
   GEORGE A. STOHNER, SBN 214508
3  300 South Grand Avenue
   Twenty-Second Floor
4  Los Angeles, CA  90071-3132
   Tel:  213.612.2500
5  Fax:  213.612.2501
   gstohner@morganlewis.com
6

7  MORGAN, LEWIS & BOCKIUS LLP
   JENNIFER WHITE-SPERLING, SBN 166504
8  5 Park Plaza, Suite 1750
   Irvine, CA  92614
9  Tel:  949.399.7000
   Fax:  949.399.7001
10 jwhite-sperling@morganlewis.com

11
   Attorneys for Defendants
12 BEST BUY CO., INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22223591.1

STIPULATION RE FILING OF AMENDED
COMPLAINT AND RESPONSE DEADLINE
Case No. 2:10−CV−03136−GEB−KJN

# STIPULATION

Pursuant to Civil Local Rule 144(a) of the Eastern District of California, Defendant Best Buy Co., Inc. ("Defendant" or "Best Buy") and Plaintiff Patrick Wilson ("Plaintiff") (together the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on or about October 13, 2010, Plaintiff filed his Complaint in the Superior Court of the State of California for the County of Sacramento, and was assigned State Court case number 34-2010-00089299;

WHEREAS, on November 19, 2010, Defendant filed a Notice of Removal pursuant to 28 U.S.C. Section 1332(d), 28 U.S.C. Section 1441, 28 U.S.C. Section 1446 and 28 U.S.C. Section 1453;

WHEREAS, pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, on November 24, 2010, the Parties agreed to extend the time to respond to Plaintiff's Complaint from November 26, 2010 to December 24, 2010 because the Parties were meeting and conferring regarding a possible amended Complaint or a possible motion to dismiss;

WHEREAS, on December 17, 2010, Plaintiff filed a Motion to Remand;

WHEREAS, on December 22, 2010, the Court approved the Parties' stipulation that, in light of the pending Motion to Remand, Defendant need not respond to Plaintiff's Complaint by December 24, 2010, but that Defendant should instead respond to Plaintiff's Complaint within fourteen (14) days after the Court ruled on Plaintiff's Motion to Remand;

WHEREAS, the Court denied Plaintiff's Motion to Remand on February 8, 2011;

WHEREAS, Plaintiff has notified Defendant that he intends to amend his Complaint;

WHEREAS, the Parties have agreed that Plaintiff shall file a First Amended Complaint no later than February 28, 2011 and that Defendant shall respond to the First Amended Complaint within ten (10) days after the date on which the First Amended Complaint is filed;

///
///
///
///

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/22223591.1

1

STIPULATION RE FILING OF AMENDED COMPLAINT AND RESPONSE DEADLINE
Case No. 2:10−CV−03136−GEB−KJN

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Plaintiff shall file a First Amended Complaint not later than February 28, 2011 and Defendant shall respond to the First Amended Complaint within ten (10) days after the date on which the First Amended Complaint is filed.

Dated: February 17, 2011         R. REX PARRIS LAW FIRM

                                 By   /s/ Douglas Han
                                     Douglas Han
                                     Attorneys for Plaintiff
                                     PATRICK WILSON

Dated:  February 17, 2011        MORGAN, LEWIS & BOCKIUS LLP

                                 By   /s/ Rebecca Eisen
                                     Rebecca Eisen
                                     Stephen Taeusch
                                     Attorneys for Defendant
                                     BEST BUY CO., INC.

**ORDER**

**IT IS SO ORDERED.**

DATED: February 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22223591.1

STIPULATION RE FILING OF AMENDED COMPLAINT AND RESPONSE DEADLINE
Case No. 2:10−CV−03136−GEB−KJN