IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
PATRICK WILSON, individually,      )
and on behalf of members of the    )   2:10-cv-03136-GEB-KJN
general public similarly           )
situated, and on behalf of         )
aggrieved employees pursuant to    )   ORDER
the Private Attorneys General      )
Act ("PAGA"),                      )
                                   )
               Plaintiff,          )
                                   )
          v.                       )
                                   )
BEST BUY COMPANY, INC., a          )
Minnesota company,                 )
                                   )
               Defendant.[1]       )
_____)
```

    The parties' proposed briefing schedule in their Joint Status Report ("JSR") filed March 28, 2011, on whether this putative class action should be certified as a class action is adopted as follows: Plaintiff's motion for class certification shall be filed no later than October 31, 2011, which shall be scheduled for hearing commencing at 9:00 a.m. on February 21, 2012; Defendant's opposition shall be filed no later than December 30, 2011; and, Plaintiff's reply shall be filed no later than January 30, 2012.

    Further, the Status (Pretrial Scheduling) Conference scheduled for April 11, 2011, is continued to May 21, 2012, commencing at 9:00

---

[1] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.

In addition, since Plaintiff has not justified Doe defendants remaining in this action, Does 1-100 are dismissed. <u>See</u> Order Setting Status (Pretrial Scheduling) Conference filed November 22, 2010, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

IT IS SO ORDERED.

Dated: April 4, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge