| | |
|---|---|
| 1 | REBECCA EISEN, SBN 096129 |
| | STEPHEN L. TAEUSCH, SBN 247708 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| | reisen@morganlewis.com |
| 5 | staeusch@morganlewis.com |
| 6 | JENNIFER WHITE, SBN 166504 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | 5 Park Plaza, Suite 1750 |
| | Irvine, CA 92614 |
| 8 | Tel: 949.399.7000 |
| | Fax: 949.399.7001 |
| 9 | jennifer.white@morganlewis.com |
| 10 | Attorneys for Defendants BEST BUY COMPANY, INC. |
| 11 | R. REX PARRIS, SBN 96567 |
| | ALEXANDER R. WHEELER, SBN 239541 |
| 12 | DOUGLAS HAN, SBN 232858 |
| | JASON P. FOWLER, SBN 239426 |
| 13 | R. REX PARRIS LAW FIRM |
| | 42220 10th Street West, Suite 109, Lancaster, CA 93534 |
| 14 | Tel: 661.949.2595 |
| | Fax: 661.949.7524 |
| 15 | rrparris@rrexparris.com; dhan@rrexparris.com |
| | jfowler@rrexparris.com; awheeler@rrexparris.com |
| 16 | |
| | Attorneys for Plaintiff PATRICK WILSON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON, individually and on behalf of all other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act (PAGA),<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY COMPANY, INC., a Minnesota Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:10-CV-03136-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT SUBSTITUTING BEST BUY STORES, L.P. FOR BEST BUY COMPANY, INC. AS NAMED DEFENDANT**<br><br>Complaint Filed:  October 13, 2010<br>Trial Date:  TBD |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22465515.1

STIPULATION RE: SECOND AMENDED COMPLAINT
Case No. 2:10−CV−03136−GEB−KJN

## STIPULATION

Pursuant to Civil Local Rule 143 of the Eastern District of California, Defendant Best Buy Co., Inc. ("Defendant" or "Best Buy") and Plaintiff Patrick Wilson ("Plaintiff") (together the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on or about October 13, 2010, Plaintiff filed his Complaint in the Superior Court of the State of California for the County of Sacramento, naming Best Buy Company, Inc. as the defendant;

WHEREAS, on November 19, 2010, Defendant filed a Notice of Removal pursuant to 28 U.S.C. Section 1332(d), 28 U.S.C. Section 1441, 28 U.S.C. Section 1446 and 28 U.S.C. Section 1453;

WHEREAS, Plaintiff filed a First Amended Complaint on February 28, 2011, which also named Best Buy Company, Inc. as the defendant;

WHEREAS, Defendant filed its Answer to the First Amended Complaint on March 10, 2011;

WHEREAS, Best Buy Company, Inc. was not the entity that employed Plaintiff, nor has it employed any members of the putative class defined in the First Amended Complaint;

WHEREAS, Best Buy Stores, L.P. was Plaintiff's and the putative class members' employer;

WHEREAS, to avoid unnecessary confusion regarding the identity of the Defendant in this matter, counsel for Plaintiff has offered to file a Second Amended Complaint, in which Best Buy Stores, L.P. is substituted for Best Buy Company, Inc. as the named defendant; and

WHEREAS pursuant to Federal Rule of Civil Procedure, Rule 15(a)(2), a party may amend its pleading by leave of court or by written consent of the opposing party, and leave shall be freely given when justice so requires;

THEREFORE, IT IS HEREBY STIPULATED between the Parties, through their counsel, that:

1.  Plaintiff shall file a Second Amended Complaint identical to the First Amended Complaint, except that "Best Buy Stores, L.P." shall be substituted for "Best Buy Company, Inc."

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22465515.1

STIPULATION RE: SECOND AMENDED
COMPLAINT
Case No. 2:10−CV−03136−GEB−KJN

1

as the defendant;

  2. Defendant shall have fifteen (15) days after the filing to file a responsive pleading; and

  3. All references to "Best Buy Company, Inc." and "Defendant" in written discovery served by Plaintiff to date shall be deemed to mean "Best Buy Stores, L.P."

Dated: May 27, 2011       R. REX PARRIS LAW FIRM

             By /s/ Douglas Han
               (as authorized on May 26, 2011)
              Douglas Han
              Attorneys for Plaintiff
              PATRICK WILSON

Dated: May 27, 2011       MORGAN, LEWIS & BOCKIUS LLP

             By /s/ Stephen Taeusch
              Rebecca Eisen
              Stephen Taeusch
              Attorneys for Defendant
              BEST BUY CO., INC.

**ORDER**

  The Court has reviewed the Parties' Stipulation Re: Second Amended Complaint Substituting Best Buy Stores, L.P. For Best Buy Company, Inc. as Named Defendant. Good cause appearing, the Court ORDERS that Plaintiff shall have leave to file the Second Amended Complaint and Defendant shall have fifteen (15) days after the filing to file a responsive pleading.

**IT IS SO ORDERED.**

**Date: 6/2/2011**

                      *[signature]*
                   GARLAND E. BURRELL, JR.
                   United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22465515.1     2     STIPULATION RE: SECOND AMENDED COMPLAINT
Case No. 2:10−CV−03136−GEB−KJN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22465515.1

3

STIPULATION RE: SECOND AMENDED
COMPLAINT
Case No. 2:10−CV−03136−GEB−KJN