R. Rex Parris, Esq. (SBN 96567)
  rrparris@rrexparris.com
Alexander R. Wheeler, Esq. (SBN 239541)
  awheeler@rrexparris.com
Kitty Szeto, Esq. (SBN 258136)
  kszeto@rrexparris.com
Douglas Han, Esq. (SBN 232858)
  dhan@rrexparris.com
**R. REX PARRIS LAW FIRM**
42220 10th Street West, Suite 109
Lancaster, California 93534
T: (661) 949-2595 / F: (661) 949-7524

Attorneys for Plaintiff

Rebecca Eisen, Esq. (SBN 096129)
  reisen@morganlewis.com
Stephen L. Taeusch, Esq. (SBN 247708)
  staeusch@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
T: (415) 442-1000 / F: (415) 442-1001

Jennifer White, Esq. (SBN 166504)
  jennifer.white@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
5 Park Plaza, Suite 1750
Irvine, California 92614
T: (949) 399-7000 / F: (949) 399-7001

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON, individually, and on behalf of members of the general public similarly situated, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA");<br><br>             Plaintiff,<br><br>    vs.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1 through 100, inclusive;<br><br>             Defendants | Case No.: 2:10-cv-03136-GEB-KJN<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER EXTENDING PLAINTIFF'S CLASS CERTIFICATION HEARING DATE AND BRIEFING SCHEDULE**<br><br>[Honorable Garland E. Burrell Jr., Courtroom 10] |

# [PROPOSED] ORDER

Pursuant to the above Stipulation and good cause showing,

**IT IS HEREBY ORDERED THAT:**

1. The last day for Plaintiff to file his motion for class certification, memorandum of points and authorities, and all evidence in support thereof shall be January 16, 2012;

2. The last day for Defendant to file an opposition to Plaintiff's motion for class certification, memorandum of points and authorities, and all evidence in support thereof shall be March 19, 2012;

3. The last day for Plaintiff to file a reply memorandum in support of his motion for class certification, memorandum of points and authorities, and all evidence in support thereof shall be April 16, 2012;

4. The hearing date on Plaintiff's motion for class certification shall be May 14, 2012 at 9:00 a.m.; and

5. As a consequence of the Parties' Stipulation, Plaintiff's *Ex Parte* Application for an Order Continuing the Class Certification Motion Deadline is moot and shall be deemed withdrawn.

The pretrial scheduling conference, currently set for May 21, 2012, is rescheduled for August 20, 2012, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**
**Date:  10/27/2011**

GARLAND E. BURRELL, JR.
United States District Judge