REBECCA EISEN, SBN 096129
STEPHEN L. TAEUSCH, SBN 247708
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com
staeusch@morganlewis.com

JENNIFER WHITE, SBN 166504
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
jennifer.white@morganlewis.com

Attorneys for Defendants BEST BUY COMPANY, INC.

R. REX PARRIS, SBN 96567
ALEXANDER R. WHEELER, SBN 239541
DOUGLAS HAN, SBN 232858
JASON P. FOWLER, SBN 239426
R. REX PARRIS LAW FIRM
42220 10th Street West, Suite 109
Lancaster, CA 93534
Tel: 661.949.2595
Fax: 661.949.7524
rrparris@rrexparris.com; dhan@rrexparris.com
jfowler@rrexparris.com; awheeler@rrexparris.com

Attorneys for Plaintiff PATRICK WILSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILSON, individually and on behalf of all other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act (PAGA),<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY COMPANY, INC., a Minnesota Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:10-CV-03136-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEPOSITION SCHEDULING AND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Complaint Filed: October 13, 2010<br>Trial Date: TBD |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE: DEPOSITION
SCHEDULING AND CLASS
CERTIFICATION BRIEFING SCHEDULE
Case No. 2:10−CV−03136−GEB−KJN

DB2/ 22817693.1

## STIPULATION

Defendant Best Buy Stores, L.P. ("Defendant" or "Best Buy") and Plaintiff Patrick Wilson ("Plaintiff") (together the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on October 27, 2011, per the Parties' stipulation, the Court extended the deadline by which Plaintiff must move for class certification from October 31, 2011 to January 16, 2012 and continued the hearing on Plaintiff's certification motion from February 21, 2012 to May 7, 2012;

WHEREAS, each party contends that the other has failed to cooperate fully during the depositions that have been conducted in this matter thus far;

WHEREAS, Best Buy adjourned the deposition of Plaintiff Patrick Wilson on November 4, 2011, and, on November 8, 2011, filed a notice of motion and motion for an order appointing a special master to serve as a discovery referee and for sanctions;

WHEREAS, the Parties thereafter met and conferred further in an effort to resolve their discovery dispute without the need for the Court's involvement;

WHEREAS, the Parties have been advised that the Parties may conduct depositions in the jury deliberation room of Department 25 on dates when the room is not otherwise in use, and that, unless he is otherwise engaged, the Parties may call upon Judge Newman for his assistance in resolving any further disputes that may arise during the conduct of the depositions;

WHEREAS, Judge Newman's availability is limited until January 2012, and thus the Parties have agreed that Plaintiff's deposition will take place in January 2012 in Department 25's jury deliberation room on a mutually agreeable date that is also convenient for the Court;

WHEREAS, the Parties have further agreed that the depositions Plaintiff has noticed in this matter will proceed thereafter, and that Plaintiff may similarly request that these and any further depositions noticed by Plaintiff take place in Department 25 at times that are convenient for the Court;

WHEREAS, given the delays occasioned by their discovery dispute and the need to schedule Plaintiff's deposition on a date when Judge Newman and the Department 25 jury

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION RE: DEPOSITION
SCHEDULING AND CLASS
CERTIFICATION BRIEFING SCHEDULE
Case No. 2:10−CV−03136−GEB−KJN

DB2/ 22817693.1

1  deliberation room are available, the Parties have agreed to a further extension of Plaintiff's

2  deadline to move for class certification and to a further continuance of the hearing date on

3  Plaintiff's class certification motion;

4        THEREFORE, IT IS HEREBY STIPULATED between the Parties, through their counsel,

5  that:

6      1.    The last day for Plaintiff to file his motion for class certification, memorandum of

7  points and authorities, and all evidence in support thereof shall be March 16, 2012;

8      2.    The last day for Best Buy to file an opposition to Plaintiff's motion for class

9  certification, memorandum of points and authorities, and all evidence in support thereof shall be

10 May 18, 2012;

11     3.    The last day for Plaintiff to file a reply memorandum in support of his motion for

12 class certification, memorandum of points and authorities, and all evidence in support thereof

13 shall be June 15, 2012; and

14     4.    The hearing date on Plaintiff's motion for class certification shall be August 27,

15 2012, at 9:00 a.m.

16 Dated:  December 7, 2011         R. REX PARRIS LAW FIRM

17

18                                           By   /s/ Douglas Han
19                                                (as authorized on December 7, 2011)
20                                           Douglas Han
                                          Attorneys for Plaintiff
                                          PATRICK WILSON

21 Dated:  December 7, 2011         MORGAN, LEWIS & BOCKIUS LLP

22

23                                           By   /s/ Stephen Taeusch
24                                           Rebecca Eisen
25                                           Stephen Taeusch
                                          Attorneys for Defendant
                                          BEST BUY CO., INC.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22817693.1

2         STIPULATION RE: DEPOSITION
SCHEDULING AND CLASS
CERTIFICATION BRIEFING SCHEDULE
Case No. 2:10−CV−03136−GEB−KJN

# ORDER

The Court has reviewed the Parties' Stipulation Re: Deposition Scheduling and Class Certification Briefing Schedule. In accordance with the scheduling modification requested in the Stipulation, the Court ORDERS that:

1. The last day for Plaintiff to file his motion for class certification, memorandum of points and authorities, and all evidence in support thereof shall be March 16, 2012;

2. The last day for Best Buy to file an opposition to Plaintiff's motion for class certification, memorandum of points and authorities, and all evidence in support thereof shall be May 18, 2012;

3. The last day for Plaintiff to file a reply memorandum in support of his motion for class certification, memorandum of points and authorities, and all evidence in support thereof shall be June 15, 2012; and

4. The hearing date on Plaintiff's motion for class certification shall be August 30, 2012.

**IT IS SO ORDERED.**

**Date: 12/8/2011**

GARLAND E. BURRELL, JR.
United States District Judge

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/ 22817693.1

3

STIPULATION RE: DEPOSITION SCHEDULING AND CLASS CERTIFICATION BRIEFING SCHEDULE
Case No. 2:10−CV−03136−GEB−KJN